IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| THE SHERWIN-WILLIAMS COMPANY, | * |
| Plaintiff | * |
| v. | * Civil Action No. S-91-2744 |
| ARTRA GROUP INCORPORATED, et al., | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant ARTRA Group, Inc.'s Motion to Permit Outside Equipment of Expert in the Courtroom, and any opposition thereto, it is this 7th day of November, 2001,

ORDERED, that Wayne Grip, Aero-Data Corporation, is permitted to bring outside equipment, including a laptop and overhead projector, into this Court in support of his testimony on behalf of Defendant ARTRA Group, Inc.

_____
Judge Frederic Smalkin
United States District Judge