IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 NOV -8 P 3: 20
CLERK'S OFFICE
AT BALTIMORE
Y_____DEPUTY

| | |
|---|---|
| THE SHERWIN-WILLIAMS COMPANY, | * |
| Plaintiff | * |
| v. | *  Civil Action No. S-91-2744 |
| ARTRA GROUP INCORPORATED, et al., | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff The Sherwin-Williams Company's Motion to Permit Outside Equipment of Expert in the Courtroom, and any opposition thereto, it is this ____ day of _____, 2001,

ORDERED, that Dr. Neil Ram, Roux Associates, Inc., is permitted to bring outside equipment, including a laptop and overhead projector, into this Court in support of his testimony on behalf of Plaintiff, The Sherwin-Williams Company.

_____
Judge Frederic Smalkin
United States District Judge

