# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                                         Reply to Northern Division Address

May 22, 2003

ALL PARTIES OF RECORD
and
Special Master Robert Percival

    RE: THE SHERWINN-WILLIAMS COMPANY
            vs.
    ARTRA GROUP, et al
       Civil Docket No. WDQ-91-2744

Dear Sir or Madam:

    You were informed earlier, in a letter dated April 1, 2003, that this case was re-assigned from Judge Frederic N. Smalkin to Judge William D. Quarles.
    In reviewing the docket in the above entitled case, it appears that no activity has taken place since Judge Smalkin's Memorandum of November 11, 2002, therefore, please submit a **Status Report** to the Chambers of the Honorable William D. Quarles, 101 W. Lombard Street, Chambers 3-A, Baltimore, Maryland 21201, before June 9, 2003, with cc: to clerk's office.

                                       Sincerely,

                                       FELICIA C. CANNON, CLERK

                      By: _/s/ R. Lawson_
                                       Deputy Clerk
                                       R. Lawson

U.S. District Court (Rev. 12/1999) - Status Report Letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov