# SEMMES, BOWEN & SEMMES

A PROFESSIONAL CORPORATION

**ATTORNEYS AT LAW**

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

**Robert E. Scott, Jr.**
**Direct Dial: 410-576-4725**
**Email: rscott@mail.semmes.com**

OFFICES IN
WASHINGTON, D.C.
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

June 9, 2003

**HAND DELIVERED**

The Honorable William D. Quarles
U.S. District Court Judge
101 W. Lombard Street
Baltimore, MD 21201

> **Re:    The Sherwin-Williams Company v. ARTRA Group, et al**
> **Civil Docket No.: WDQ-91-2744**

Dear Judge Quarles:

This letter is in response to the May 22, 2003 correspondence requesting a status report concerning the above-captioned case.

On or about June 3, 2002, ARTRA filed Chapter 11 proceedings with the United States Bankruptcy Court for the Northern District of Illinois. As a result of the filing of this Petition, an Order was entered by Judge Smalkin staying any further proceedings in this case. This Order staying the proceedings is still in force and effect.

I have recently been advised that a hearing to consider the adequacy of the First Amended Plan of Reorganization has been scheduled for July 22, 2003. A copy of the Amended Notice of Hearing is attached to this letter. At this time, I do not know the substance of the First Amended Plan of Reorganization, whether it will be adopted by the Court and what effect it will have on the pendency of this litigation. I would suggest that the Court asks for a further follow-up status report for sometime in September at which time we will have a better idea regarding whether a plan of organization has been approved by the bankruptcy court and what effect it will have on this litigation.

# SEMMES, BOWEN & SEMMES

### A PROFESSIONAL CORPORATION

June 9, 2003
Page 2


If the Court desires any further information in connection with this matter, please advise accordingly.

Very truly yours,



Robert E. Scott, Jr.

RESJr.:lse
cc:    Clerk's Office
       R. Lawson, Deputy Clerk
       Randy Lutz, Esq.