**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE: ARTRA GROUP, INC.,            )   Chapter 11
                                     )   Case No. 02 B 21522
          Debtor.                    )   Hon. Carol A. Doyle

**AMENDED NOTICE OF HEARING ON ADEQUACY OF DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE** that on April 29, 2003, ARTRA Group, Inc., debtor and debtor in possession filed its First Amended Disclosure Statement ("Disclosure Statement") and First Amended Plan of Reorganization under Chapter 11 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the adequacy of the Disclosure Statement under 11 U.S.C. §1125 has been scheduled for **July 22, 2003 at 11:00 a.m.** before the Honorable Carol A. Doyle in Courtroom 742, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, relating to the adequacy of the Disclosure Statement must be filed with the Clerk of the Bankruptcy Court, 219 S. Dearborn, 7th Floor, Chicago, Illinois 60606 on or before **July 17, 2003**, and served on the following parties: (I) James A. Chatz, Arnstein & Lehr, 120 S. Riverside Plaza, Suite 1200, Chicago, IL 60606, facsimile (312) 876-0288 (Debtor's counsel); (ii) Roman Sukley, Office of U.S. Trustee, 227 W. Monroe, Suite 3350, Chicago, IL 60606, facsimile (312)886-5794.; (iii) Frances Gecker, Freeborn & Peters, 311 S. Wacker Drive, Suite 3000, Chicago, IL 60606, facsimile (312)360-6596 (Committee counsel); (iv) David Missner, Piper Rudnick, 203 N. La Salle Street, Suite 1800, Chicago, IL 60601, facsimile (312)236-7516 (Futures representative counsel); (v) Philip Ruben, Levenfeld Pearlstein, 211 Waukegan Road, Suite 300, Northfield, IL 60093, facsimile (847)441-9976 (counsel to Entrade); and (vi) Karen Giannelli, Gibbons, Del Deo, Dolan, Griffinger & Vecchione, One Riverfront Plaza, Newark, NJ 07102-5496, facsimile (973)639-6278 (counsel to Muralo).

**PLEASE TAKE FURTHER NOTICE** that additional copies of the Disclosure Statement may be obtained by contacting Jurata Medziak at (312) 876-7112.

**Debtor's Counsel:**
James A. Chatz, Esq.
Barry A. Chatz, Esq.
Miriam R. Stein, Esq.
ARNSTEIN & LEHR
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100