IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE SHERWIN-WILLIAMS COMPANY | * | |
| Plaintiff | * | |
| v. | * | CASE NO. S-91-2744 |
| ARTRA GROUP, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE ON BEHALF OF**
**PLAINTIFF THE SHERWIN-WILLIAMS COMPANY**

DEAR SIR OR MADAM CLERK:

Please enter the appearance of Susan M. Euteneuer, Esquire, of Hodes, Ulman, Pessin & Katz, P.A. on behalf of the Plaintiff, The Sherwin-Williams Company in the above matter.

Respectfully submitted,

_____/s/_____
Randall M. Lutz (Federal Bar No. 01896)
Susan M. Euteneuer (Federal Bar No. 26997)
HODES, ULMAN, PESSIN & KATZ, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
(410) 938-8800
*Attorneys for Plaintiff,*
*The Sherwin-Williams Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th of January, 2004, a copy of the foregoing Entry of Appearance on Behalf of The Sherwin-Williams Company was sent via electronic filing to: Robert E. Scott, Jr., Esquire, Semmes, Bowen & Semmes, 250 West Pratt Street, Baltimore, Maryland 21201, Attorneys for ARTRA Group Incorporated.

_____/s/_____
Susan M. Euteneuer (Federal Bar No. 26997)