**HU P&K**
ATTORNEYS AT LAW

## HODES, ULMAN, PESSIN & KATZ, P.A.
901 Dulaney Valley Road • Suite 400 • Towson, MD 21204
Phone 410.938.8800 • Fax 410.823.6017 • www.hupk.com

---

**Randall M. Lutz, Esquire | Telephone: 410-339-6744 | Facsimile: 410-938-8378 | Email: rlutz@hupk.com**

January 16, 2004

The Honorable William D. Quarles
United States District Court
  for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street, Chambers 3A
Baltimore, Maryland  21201

      Re:   *The Sherwin-Williams Co. v. ARTRA Group, Inc.*
           **Civil Action No. S-91-2744**
           **Status Report**

Dear Judge Quarles:

      You requested us to provide you with a status report on the bankruptcy proceedings for ARTRA in the United States District Court for the Northern District of Illinois (Chicago).  There has been no material change in status since the last report to you dated October 1, 2003.  A copy of that status report is attached hereto.  We will send you another status report in 90 days unless otherwise requested.

                 Respectfully submitted,

                 *Randall M. Lutz*

                 Randall M. Lutz

RML/tlc
Attachment

cc:    Special Master Robert V. Percival
       Allen J. Danzig, Esquire
       Robert E. Scott, Jr., Esquire
       Richard S. Lauter, Esquire *(bankruptcy counsel to Sherwin-Williams)*
       Thomas P. Yardley, Esquire *(bankruptcy counsel to ARTRA)*
       James Chatz, Esquire *(bankruptcy counsel to ARTRA)*

G:\files\RML\SHERWIN WIL\0116 04.doc