**HODES, ULMAN, PESSIN & KATZ, P.A.**
901 Dulaney Valley Road • Suite 400 • Towson, MD 21204
Phone 410.938.8800 • Fax 410.823.6017 • www.hupk.com

**Randall M. Lutz, Esquire** | Telephone: 410-339-6744 | Facsimile: 410-938-8378 | Email: rlutz@hupk.com

October 1, 2003

The Honorable William D. Quarles
United States District Court
  for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street, Chambers 3A
Baltimore, Maryland 21201

> Re: *The Sherwin-Williams Co. v. ARTRA Group, Inc.*
> **Civil Action No. S-91-2744**
> **Status Report**

Dear Judge Quarles:

You have requested us to provide you with a periodic status report on the bankruptcy proceedings for ARTRA in the U.S. District Court for the Northern District of Illinois (Chicago). I have been advised by Sherwin-Williams' bankruptcy counsel that a Plan of Reorganization and Disclosure Statement was filed by ARTRA on January 31, 2003. A plan has been submitted for approval. ARTRA is negotiating with Sherwin-Williams and other debtors currently to see if they can agree upon its acceptance. We hope a plan can be agreed upon and implemented soon. If that occurs, this matter will be requested to be dismissed.

In the meantime, as a result of ARTRA's bankruptcy filing, the case before the U.S. District Court of Maryland, referenced above, has been automatically stayed.

We will provide another status report in 90 days unless otherwise requested.

Respectfully submitted,

Randall M. Lutz

RML/tlc

cc: Special Master Robert V. Percival
    Allen J. Danzig, Esquire
    Robert E. Scott, Jr., Esquire
    Richard S. Lauter, Esquire *(bankruptcy counsel to Sherwin-Williams)*
    Thomas P. Yardley, Esquire *(bankruptcy counsel to ARTRA)*
    James Chatz, Esquire *(bankruptcy counsel to ARTRA)*

G:\files\RML\SHERWIN.WIL\1001.03.doc

TOWSON     COLUMBIA     BEL AIR     CAMBRIDGE     BETHESDA     HAVRE DE GRACE