# SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

|  |  |  |
|---|---|---|
| Robert E. Scott, Jr.<br>Direct Dial: 410-576-4725<br>Email: rscott@semmes.com | 250 WEST PRATT STREET<br>BALTIMORE, MARYLAND 21201<br><br>TELEPHONE 410-539-5040<br><br>FACSIMILE 410-539-5223<br><br>WWW.SEMMES.COM | OFFICES IN<br>WASHINGTON, D.C.<br>HAGERSTOWN, MARYLAND<br>SALISBURY, MARYLAND<br>McLEAN, VIRGINIA |

December 10, 2004

<u>VIA E-FILE</u>

The Honorable William D. Quarles
U.S. District Court Judge
101 W. Lombard Street
Baltimore, MD 21201

    Re:    **The Sherwin-Williams Company v. ARTRA Group, et al**
             Civil Docket No.: WDQ-91-2744

Dear Judge Quarles:

    Pursuant to your November 29, 2004 correspondence, the following is a status concerning the above-captioned matter.

    The Artra Group, Inc. bankruptcy action is still pending. A Plan and Disclosure Statement is in the process of being completed by the Asbestos Committee. It is anticipated that the Plan and Disclosure Statement will be filed sometime in the early part of 2005. It is not anticipated that the approval of the Disclosure Statement will take place until approximately June 2005.

    If the Court should desire any further information pertaining to this matter, please do not hesitate to advise.

                                                Very truly yours,

                                               Robert E. Scott, Jr.

RESJr.:lse