

# HODES, ULMAN, PESSIN & KATZ, P.A.

901 Dulaney Valley Road | Suite 400 | Towson, MD 21204
phone 410.938.8800 | fax 410.938.8806 | www.hupk.com

Randall M. Lutz, Esquire | Telephone: 410.339.6744 | Facsimile: 410.938.8378 | Email: rmlutz@hupk.com

July 29, 2005

**VIA E-FILING**

The Honorable William D. Quarles
United States District Court
  for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street, Chambers 3A
Baltimore, Maryland 21201

    Re:    *The Sherwin-Williams Company v. ARTRA Group, Inc.*
              **Civil Action No.: S-91-2744**
              **Status Report**

Dear Judge Quarles:

    This letter is in response to your request for a status report concerning the above-captioned matter. As the Court knows, the Defendant, ARTRA Group, Inc., filed bankruptcy towards the end of the adversarial part of this case, after the hearing was concluded. The bankruptcy case is still pending in the United States District Court for the Northern District of Illinois (Chicago).

    If the Court needs any additional information, please do not hesitate to communicate with me.

                            Sincerely,

                            Randall M. Lutz

cc:    Robert E. Scott, Jr. (via E-Filing)