IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

'05 DEC -8 P 2: 47

| | | |
|---|---|---|
| THE SHERWIN-WILLIAMS COMPANY | * | |
| Plaintiff(s) | * | Civil Action No.: WDQ 91-2744 |
| vs. | * | |
| ARTRA GROUP, INC. | * | |
| Defendant(s) | | |

******

## ORDER

Defendant ARTRA Group, Inc. having filed bankruptcy proceedings in which an automatic stay had been issued, it is, this _8th_ day of December 2005,

ORDERED that this action be administratively closed without prejudice to the right of plaintiff to move to reopen this action for good cause shown.

_____
William D. Quarles, Jr.
United States District Judge